UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 26-51767 |
| AUTUMN WHITE, *pro se*, | Chapter 7 |
| Debtor. | Judge Thomas J. Tucker |

_______________________________ /

**ORDER DISMISSING CASE**

On October 27, 2026, the Debtor filed a voluntary petition for relief under Chapter 7, commencing this case, and also filed, among other documents, a "Certificate of Counseling" (Docket # 1 at pdf p. 10), which states that on April 27, 2026, the Debtor received "an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111."

The Debtor is not eligible to be a debtor in this case under 11 U.S.C. § 109(h)(1). That provision provides in relevant part, that

> an individual may not be a debtor under this title unless such individual has, **during the 180-day period ending on the date of filing the petition** by such individual, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.

(Emphasis added).

The Debtor did not receive the required credit counseling briefing during the 180-day period ending on the date of the filing of his petition. In this case, the "180-day period ending on" the petition date of October 27, 2026 began on April 30, 2026. The Debtor received the credit counseling briefing on April 27, 2026, 3 days before the 180-day period began. Because the Debtor is not eligible to be a debtor in this case, the case must be dismissed.

IT IS ORDERED that this case is dismissed.

**Signed on October 29, 2026**

**/s/ Thomas J. Tucker**

**Thomas J. Tucker**
**United States Bankruptcy Judge**